IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CLIFFORD KELLER )
 )
   v. ) NO. 3:10-0503
 )
GAYLE RAY, et al. )

**O R D E R**

Presently pending before the Court is the motion to dismiss (filed July 27, 2010; Docket Entry No. 28) filed by Defendants Gayle Ray and Ricky Bell. The Plaintiff shall have until September 9, 2010, to file a response to the motion to dismiss. The Plaintiff is advised that failure to timely file a response may result in a Recommendation to the District Judge that the claims against the Defendant be dismissed.

    So ORDERED.


JULIET GRIFFIN
United States Magistrate Judge